# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 4, 2025

Lyle W. Cayce
Clerk

———————

No. 25-10258

———————

Deloris Phillips,

*Plaintiff—Appellant*,

*versus*

In the Interstate Estate of Richard Leon Meankins,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:25-CV-227

———————————————————

Before Southwick, Duncan, and Engelhardt, *Circuit Judges*.
Per Curiam:[*]

Deloris Phillips, proceeding pro se, seeks to proceed in forma pauperis (IFP) on appeal from the district court's administrative closure of her case pursuant to a previously imposed sanction order.

Although pro se filings are afforded liberal construction, *see Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993), when an appellant fails to identify any error in the district court's analysis, it is the same as if the appellant had

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

not appealed that issue. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Phillips's filings in this court do not address the district court's reasons for administratively closing her case. Accordingly, she has abandoned any challenge to the district court's ruling. *See Yohey*, 985 F.2d at 224-25; *Brinkmann*, 813 F.2d at 748. As a result, Phillips has failed to demonstrate that there is a nonfrivolous issue for appeal. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983); *Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982).

Accordingly, Phillips's motion to proceed IFP on appeal is DENIED, and the appeal is DISMISSED as frivolous. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.24 (5th Cir. 1997); 5TH CIR. R. 42.2. All outstanding motions are also DENIED.